# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Cindy Michelle Gardner, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:22-cv-00037-KDB-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Russell Clark | ) | |
| Town of Mooresville, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 5, 2023 Order.

May 5, 2023

_____
Frank G. Johns, Clerk
United States District Court